**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **HERBERT BROOKS** | **CIVIL ACTION 1:24-CV-01063** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **LOWE'S HOME CENTERS, LLC** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>RESPONSE TO ORDER TO SHOW CAUSE [DOC. 58]</u>
### <u>BY ATTORNEY ROSS M. LEBLANC</u>

Now into Court comes Attorney Ross M. LeBlanc, counsel for plaintiff Herbert Brooks, to respond to the Court's *Memorandum Order* [Doc. 58] entered on April 7, 2026, by submitting the attached Declaration pursuant to 28 U.S.C. §1746 of Ross M. LeBlanc, marked as Exhibit 1.

I am available to answer any further questions the Court may have for me.

Respectfully submitted by:

*/s/ Ross M. LeBlanc*
Ross M. LeBlanc
1075 Government Street
Baton Rouge, Louisiana 70802
Phone: 225-239-7224
Fax:    225-239-7274
Email: rmleblanc@dudleydebosier.com
Counsel for plaintiff, Herbert Brooks