**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**HERBERT BROOKS**                                    **CIVIL ACTION 1:24-CV-01063**

**VERSUS**                                                  **JUDGE JERRY EDWARDS, JR.**

**LOWE'S HOME CENTERS, LLC**                **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DECLARATION PURSUANT TO 28 U.S.C. §1746 OF ROSS M. LEBLANC</u>**

Pursuant to 28 U.S.C. §1746, I, Ross M. LeBlanc, make the following declarations and were I sworn to testify as a witness I would testify as follows:

1. My name is Ross M. LeBlanc.

2. I submit this Declaration pursuant to 28 U.S.C. §1746 in connection with and in response to this Court's *Memorandum Order* [Doc. 58] which commands me to show cause in writing why I should not be sanctioned under Fed. R. Civ. P. 11 for misquoting precedent in Doc. 49-1.

3. I did not write or file any of the documents in this case, including Doc. 49-1.

4. I am an attorney who has been licensed in the State of Louisiana since 2011.

5. I am also admitted to the Tennessee Bar, and to all Louisiana Federal Courts.

6. I am an associate at Dudley DeBosier law firm where I have worked since 2015.

7. I enrolled as co-counsel for plaintiff, Herbert Brooks, on December 1, 2025.

8. After enrolling in the case, I read through Lowe's discovery responses and document production, and deposed two of Lowe's employees on December 11, 2025.

1

9. I next read through Dr. Amy Conn's medical records and attended her deposition which was taken by defense counsel on January 13, 2026.

10. I then read Dr. Joseph Turnipseed's discovery deposition, Dr. Mark Field's discovery deposition, the related medical records for Mr. Brooks, and several motions filed by Lowe's [Doc. 28, Doc. 30, and Doc. 33]

11. I took Dr. Turnipseed's video trial deposition on January 19, 2026.

12. I then attended the March 19, 2026 motion hearings in person and argued only in opposition to the defense motion to limit Dr. Fields' recommendation of future treatment [Doc. 30].

13. I did not research, draft, write, review, sign, file, argue, or otherwise advocate for the plaintiff's position in Doc. 49-1.

14. This court's *Memorandum Order* [Doc. 58] issued April 7, 2026 was my first notice that the plaintiff's brief contained misquoted precedent.

15. Prior to filing this declaration, I discussed the court's *Memorandum Order* with my co-counsel, Paul Wilkins, and I understand he will be filing a separate declaration to explain how inaccurate quotations and citations were included in Doc 49-1.

16. I am available to answer any further questions the court may have for me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of April, 2026 in Baton Rouge, Louisiana.

/s/ Ross M. LeBlanc
Ross M. LeBlanc

2